IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAYMOND GILLIARD,

       Petitioner,

v.                                                                              4:05cv6-WS

JAMES McDONOUGH,

       Respondent.

## ORDER DENYING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed May 25, 2006.  See Doc. 21.  The magistrate judge recommends that the petitioner's petition for habeas corpus be denied.  The petitioner has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 21) is hereby ADOPTED and incorporated by reference into this order.

2.  Petitioner's petition for writ of habeas corpus (doc. 1) is hereby DENIED with prejudice.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this    10th    day of   July  , 2006.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE